IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GERONIMO GUITIERREZ,<br>TDCJ No. 999416<br>　　　　Petitioner,<br><br>　　v.<br><br>RICK THALER, Director,<br>Institutional Division, Texas<br>Department of Criminal Justice,<br><br>　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§　CIVIL NO. SA-09-CA-543[FB]<br>§<br>§<br>§<br>§<br>§<br>§ |

PETITIONER'S ADVISORY ON
SUCCESSOR STATE COURT WRIT OF HABEAS CORPUS
_____

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Counsel for Mr. Geronimo Gutierrez, Alan Futrell, and files this Advisory on the Successor State Court Writ of Habeas Corpus, which was filed on behalf of Mr. Gutierrez, in the 227th District Court of Bexar County, on February 7th, 2011. A true and correct copy of the first page of that writ was previously submitted, and has the Clerk's Document #56. Neither the Court or the State has responded to that Successor State Writ of Habeas Corpus.

Counsel will again advise the Court of the status of Mr. Gutierrez' Successor Writ on or before August 31st, 2012.

Respectfully submitted,

F. ALAN FUTRELL, P.C.
319 Maverick
San Antonio, TX 78212-4637
Telephone: 210.444.0952
E-mail: pacrumfed@sbcglobal.net

*Alan Futrell*
Alan Futrell
State Bar No. 07562725
Attorney for Geronimo Gutierrez

CERTIFICATE OF SERVICE

This is to certify that a notice of the filing of this motion, was served upon opposing counsel, Mr. Matthew Ottoway, in the Texas State Attorney General's Office, by electronic transfer via the Clerk's CM/ECF, on this the 31st day of May, 2012.

*Alan Futrell*
Alan Futrell, Of Counsel